**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Focus South Group, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Focus Property Group |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 2 0 – 3 3 8 4 7 7 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3455    Cliff Shadows Parkway<br>Number    Street<br><br>Suite 220 | Number    Street |
| | P.O. Box |
| Las Vegas    NV    89129<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clark County<br>County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor   Focus South Group, LLC _____   Case number *(if known)* _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.naics.com/search/ .

   _2_  _3_   _7_   _2_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

        District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   See attached list. _____  Relationship _____

        District _____  When _____
                                              MM  /  DD  / YYYY

        Case number, if known _____

| Debtor | Focus South Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors\***

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets\***

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

\*Represents consolidated financial information for all affiliated debtors listed in the attachment hereto.  This does not constitute a statement of assets or liabilities of any individual Debtor.

Debtor    Focus South Group, LLC
Name                                                                    Case number (if known)_____

| 16. **Estimated liabilities\*** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06  17  2016
MM / DD / YYYY

✖    /s/ John A. Ritter                                        John A. Ritter
Signature of authorized representative of debtor          Printed name

Title  Manager

---

**18. Signature of attorney**

✖    /s/ Samuel A. Schwartz                    Date    06  17  2016
Signature of attorney for debtor                              MM / DD / YYYY

Samu^l A. Schwartz
Printed name

Schwartz Flansburg PLLC
Firm name

6623        Las Vegas Boulevard South, Suite 300
Number        Street

Las Vegas                                        NV        89119
City                                            State    ZIP Code

702-385-5544                                    sam@nvfirm.com
Contact phone                                    Email address

10985                                            Nevada
Bar number                                        State

---

## RESOLUTION OF MANAGER OF FOCUS SOUTH GROUP, LLC

**WHEREAS**, the undersigned Focus Investment Manager, LLC is manager (the "Manager") of Focus South Group, LLC, a Nevada limited liability company (the "Company"), as required pursuant to the Company's operating agreement, with authority to enter this "Resolution;" and

**WHEREAS**, the Manager, in consultation with the Company's advisors, has determined that it is in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, pursuant to Article 7 of the Company's Second Amended and Restated Operating Agreement, the Manager has the authority to authorize the Company to file for relief under the Bankruptcy Code pursuant to applicable law;

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Manager, it is desirable and in the best interests of the Company, creditors of the Company, and other interested parties, for the Company to file a petition (the "Petition") seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Petition is adopted in all respects, and that the officers of the Company (the "Authorized Persons") be, and they hereby are, authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed (the "Chapter 11 Proceedings") with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") at such time as the Authorized Persons consider appropriate; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Proceedings, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Proceedings; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the law firm of White & Case LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to and represent the Company in connection with the Chapter 11 Proceedings; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the law firm of Schwartz Flansburg PLLC, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the Company in connection with the Chapter 11 Proceedings; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Chapter 11 Proceedings, upon such terms and conditions as the Authorized Persons shall approve, to assist the Company in connection with the Chapter 11 Proceedings on such terms as are deemed necessary, proper and desirable; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petition or in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

**IN WITNESS WHEREOF,** I have hereunto set my hand this 16th day of June, 2016.

Focus Investment Manager, LLC

By: _____

John A. Ritter
Title: Manager

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| **In re** | **Case No. _____** |
| | **CHAPTER 11** |
| **Focus South Group, LLC** | **Joint Administration Pending** |
| **Debtors[1]** | |

## CORPORATE OWNERSHIP STATEMENT

1.      In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), made applicable by Bankruptcy Rule 1007(a)(1), Focus South Group, LLC

(the "Debtor") hereby states:

## STATEMENT

2.      The following entities directly or indirectly own 10% or more of a class of equity in the

Debtor:

- Focus Investment Group, LLC

- JR Consolidated Holdings, LLC

[Declaration Attached]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Agave Properties, LLC (4963); Cliffrose Investments, LLC (4778); JV Properties LLC (1244); N.G.A.#2, LLC (7584); PV Land Investments, LLC (7343); Saguaro Equities, LLC (7353); Succotash, LLC (1281); Southwest Desert Equities LLC (1776); Victor Investments, LP (1126); Northwest Investments, LLC (7364); Focus South Group, LLC (2591); HUI /U˙NNE˙˙8; 7; ÷±and John A. Ritter.

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  Focus South Group, LLC

United States Bankruptcy Court for the: _____ District of  Nevada
                                                                                      (State)

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/17/2016                    ✖  /s/ John A. Ritter _____
              MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                           John A. Ritter _____
                                           Printed name

                                           Manager _____
                                           Position or relationship to debtor

| Information to identify the cases: | |
|---|---|

Chapter 11 cases for the below-listed debtors (the "**Debtors**") were filed in the **United States Bankruptcy Court for the District of Nevada** on **June 17, 2016**.  The Debtors have requested joint administration of their cases for procedural purposes under lead Case **No. 16-BK-10933-btb**.

**The below schedule of Creditors Who Have the 20 Largest Claims and Are Not Insiders is a consolidated schedule for all of the Debtors.**

| Name of Debtor | Federal Tax Identification Number | Bankruptcy Case Number |
|---|---|---|
| Agave Properties, LLC | 52-2374963 | 16-BK-_____-btb |
| Cliff Rose Investments, LLC | 20-3384778 | 16-BK-_____-btb |
| Focus South Group, LLC | 20-1042591 | 16-BK-_____-btb |
| FSG-S, LLC | 26-1216959 | 16-BK-_____-btb |
| JV Properties, LLC | 88-0391244 | 16-BK-_____-btb |
| N.G.A. #2, LLC | 88-0317584 | 16-BK-_____-btb |
| Northwest Investments, LLC | 20-3747364 | 16-BK-_____-btb |
| PV Land Investments, LLC | 20-2937343 | 16-BK-_____-btb |
| Saguaro Equities, LLC | 20-2937353 | 16-BK-_____-btb |
| Southwest Desert Equities, LLC | 88-0371776 | 16-BK-_____-btb |
| Succotash, LLC | 88-0481281 | 16-BK-_____-btb |
| Victor Investments, LP | 20-3581126 | 16-BK-_____-btb |

##  Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Branch Banking and Trust Company c/o Sylvester & Polednak, LTD Jeffrey Sylvester, Esq. 1731 Village Center Circle Las Vegas, NV 89134 | Branch Banking and Trust Company c/o Sylvester & Polednak, LTD Jeffrey Sylvester, Esq Phone: 1-702-952-5200 jeff@sylvesterpolednak.com | Loan | | | | $21,800,784.32 |
| 2 | Kyle Agent, LLC c/o Christopher Wilson Stonehill Capital Management, LLC 885 Third Avenue, 30th Floor New York, NY 10022  c/o Rosner Nocera & Ragone, LLP Peter Ragone, Esq. 61 Broadway, Suite 1900 New York, NY 10006 | Kyle Agent, LLC c/o Christopher Wilson Stonehill Capital Management, LLC Phone 1-212-739-7476  c/o Rosner Nocera & Ragone, LLP Peter Ragone, Esq. Phone: 1-212-635-2244 | Loan | | | | $18,500,000.00 |

Debtors  Consolidated List—see table of Debtors on Page 1 _____  Case number  16-BK-      -btb

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3  Boyd Family Partnership c/o Brooks Hubley, LLP Michael Brooks, Esq. 1645 Village Center Circle Las Vegas, NV 89134 | Boyd Family Partnership c/o Brooks Hubley, LLP Michael Brooks, Esq. Phone: 1-702-851-1191 mbrooks@brookshubley.com | Judgment | | | | $3,946,799.28 |
| 4  Pacific Western Bank c/o Snell & Wilmer LLP Bob Olson, Esq. 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, NV 89169 | Pacific Western Bank c/o Snell & Wilmer LLP Bob Olson, Esq. (702) 784-5295 bolson@swlaw.com | Judgment | | | | $3,511,322.00 |
| 5  FDIC as Receiver for SW USA Bank, N.A. c/o Sylvester & Polednak, LTD Jeffrey Sylvester, Esq. 1731 Village Center Circle Las Vegas, NV 89134 | FDIC as Receiver for SW USA Bank, N.A. c/o Sylvester & Polednak, LTD Jeffrey Sylvester, Esq. Phone: 1-702-952-5200 jeff@sylvesterpolednak.com | Judgment | | | | $3,429,392.35 |
| 6  SV Litigation SPE, LLC c/o Mazur & Brooks, A Professional Corporation Michael Mazur, Esq 3203 E. Warms Springs, Suite 500 Las Vegas, NV 89120 | SV Litigation SPE, LLC c/o Mazur & Brooks, A Professional Corporation Michael Mazur, Esq Phone: 1-702-564-3128 mmazur@mazurbrooks.com | Judgment | | | | $3,170,197.00 |
| 7  Slusher Family Trust c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. 10001 Park Run Drive Las Vegas, NV 89145  c/o Techlaw LLP Dana Robinson, Esq. P.O. Box 1416 La Jolla, California 92038 | Slusher Family Trust c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. Phone: (702) 942-2155 paurbach@maclaw.com  c/o Techlaw LLP Dana Robinson, Esq. | Judgment | | | | $2,918,025.00 |
| 8  Golden Sage, LLC (Roland Sturn) c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. 10001 Park Run Drive Las Vegas, NV 89145  c/o Techlaw LLP Dana Robinson, Esq. P.O. Box 1416 La Jolla, California 92038 | Golden Sage, LLC c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. Phone: (702) 942-2155 paurbach@maclaw.com  c/o Techlaw LLP Dana Robinson, Esq. | Judgment | | | | $2,918,025.00 |

Debtors  Consolidated List—see table of Debtors on Page 1 _____  Case number  16-BK-_____ -btb

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Insurance Company of the West 15025 Innovation Dr. San Diego, CA 92150 Attn: Sue Karlan

copy to: Sedgwick LLP 801 S. Figueroa St., 19th Floor Los Angeles, CA 90017 Attn: Marilyn Klinger | Marilyn Klinger Marilyn.klinger@sedgwickllp.com Phone: 1-213-615-8038 | Indemnity Bond | Contingent, unliquidated and disputed | | | $2,500,000.00 |
| 10 Joseph Procida 3575 S. Decatur Blvd Las Vegas, NV 89109 | Joseph Procida (702) 253-1977 | Potential Prepack Creditor | Unliquidated and disputed | | | $1,350,000.00 |
| 11 Vincent and Rita Cervoni c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. 10001 Park Run Drive Las Vegas, NV 89145

c/o Techlaw LLP Dana Robinson, Esq. P.O. Box 1416 La Jolla, California 92038 | Vincent and Rita Cervoni c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. Phone: (702) 942-2155 paurbach@maclaw.com

c/o Techlaw LLP Dana Robinson, Esq. | Judgment | | | | $1,167,210.36 |
| 12 Frank Conlin c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. 10001 Park Run Drive Las Vegas, NV 89145

c/o Techlaw LLP Dana Robinson, Esq. P.O. Box 1416 La Jolla, California 92038 | Frank Conlin c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. Phone: (702) 942-2155 paurbach@maclaw.com

c/o Techlaw LLP Dana Robinson, Esq. | Judgment | | | | $1,167,210.36 |

Debtors  Consolidated List—see table of Debtors on Page 1 _____ Case number  16-BK-        -btb

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Norman Jenkins Family Trust c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. 10001 Park Run Drive Las Vegas, NV 89145  c/o Techlaw LLP Dana Robinson, Esq. P.O. Box 1416 La Jolla, California 92038 | Norman Jenkins Family Trust c/o Marquis Aurbach Coffing Phillip Aurbach, Esq. Phone: (702) 942-2155 paurbach@maclaw.com  c/o Techlaw LLP Dana Robinson, Esq. | Judgment | | | | $1,167,210.36 |
| 14 | CAL NEV 2, LLC (Keltner) c/o Flangas McMillan Law Group 3275 South Jones Blvd, Suite 105 Las Vegas, NV 89146 | CAL NEV 2, LLC (Keltner) 702-595-8474 kenkeltnerlv@gmail.com | Settlement Agreement | | | | $1,000,000.00 |
| 15 | MDDM, LLC 1341 Park Row La Jolla, CA 92037 | MDDM, LLC Michael Arnau 702-271-5895 Michaelarnau@yahoo.com | Potential Prepack Creditor | Unliquidated and disputed | | | $1,000,000.00 |
| 16 | KMBD, LLC 1341 Park Row La Jolla, CA 92037 | KMBD, LLC Michael Arnau 702-271-5895 Michaelarnau@yahoo.com | Potential Prepack Creditor | Unliquidated and disputed | | | $1,000,000 |
| 17 | Kenneth J. Family Trust - Susan Sullivan c/o Clayton Mortgage 3041 W. Horizon Ridge Parkway, Suite 155 Henderson, NV 89052 | Kenneth J. Family Trust Susan Sullivan c/o Clayton Mortgage 702-739-9100 laura@claytonmortgageandinvestment.com | Potential Prepack Creditor | Unliquidated and disputed | | | $1,000,000 |
| 18 | SMR 7, LLC Woods Erickson Whitaker & Maurice, LLP Aaron Maurice, Esq. 1349 W. Galleria Drive #200 Henderson, NV 890147 | SMR 7, LLC c/o Woods Erickson Whitaker & Maurice LLP 702-433-9696 amaurice@woodserickson.com | Judgment | | | | $986,494.68 |
| 19 | J & D Financial Services C/o Smith & Shapiro, PLLC 2520 St. Rose Parkway, Suite #220 Henderson, NV 89074 | J & D Financial Services C/o Smith & Shapiro, PLLC 702-318-5033 | Loan | | | | $820,900.92 |

Debtors  Consolidated List—see table of Debtors on Page 1                                    Case number  16-BK-        -btb

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Heritage Holding Limited Partnership 7260 W. Azure Drive, Suite 140 Las Vegas, NV 89130 | Heritage Holding Limited Partnership Roland Sturm 702-683-4000 Rollie.sturm@gmail.com | Potential Prepack Creditor | Unliquidated and disputed | | | $500,000 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name __Focus South Group, LLC_____

United States Bankruptcy Court for the: _____ District of __Nevada___
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/17/2016__          ✖ __/s/ John A. Ritter_____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       __John A. Ritter_____
                                       Printed name

                                       __Manager_____
                                       Position or relationship to debtor

**<u>Bankruptcy Cases Concurrently Filed by Any Affiliate of the Debtor</u>**

The Debtor and each of the affiliated entities/persons listed in the table below (together, the "<u>Debtors</u>") have filed petitions for relief under chapter 11 of title 11 of the United States Code:

| Debtor | Tax ID Number |
|---|---|
| Agave Properties, LLC | 52-2374963 |
| Cliffrose Investments, LLC | 20-3384778 |
| Focus South Group, LLC | 20-1042591 |
| FSG-S, LLC | 26-1216959 |
| JV Properties LLC | 88-0391244 |
| N.G.A.#2, LLC | 88-0317584 |
| Northwest Investments, LLC | 20-3747364 |
| PV Land Investments, LLC | 20-2937343 |
| Saguaro Equities, LLC | 20-2937353 |
| Southwest Desert Equities LLC | 88-0371776 |
| Succotash, LLC | 88-0481281 |
| Victor Investments, LP | 20-3581126 |
| John A. Ritter | |